IN THE UNITED STATES COURT FOR THE WESTERN DISTRICT OF

P E N S Y L V A N I A

VICTOR S. MARTINI,

    Plaintiff,

-vs-

PRESQUE ISLE CAPITAL MANAGEMENT, INC.
and JAMES H. THOMAS, Individually
and as an Agent and Employee thereof,

    Defendants.
_____/

CIVIL ACTION NO. 04-354E

JUDGE SEAN J. McLAUGHLIN
MAGISTRATE JUDGE SUSAN PARADISE BAXTER

## COURT-ORDERED CALCULATION OF DAMAGES

NOW COMES the Plaintiff, through Undersigned Counsel, and pursuant to that Order of Court, to produce damages figures that occurred after December 6, 1998 in accordance with the spreadsheets that are being electronically filed contemporaneously herewith, and incorporated herein.

           _____
           ARNOLD Y. STEINBERG, P.C.
           Attorney for the Plaintiff
           1420 Centre Avenue - # 1504
           Pittsburgh, PA  15219
           (412) 434-1190
           (412) 434-1131 (FAX)
           Pennsylvania Bar No. 26495

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by telefax transmission to ROBERT L. HERSKOVITS, ESQUIRE, at Bachner & Herskovits, P.C., 26 Broadway Suite 2310, New York, NY  10004, as Counsel for the Defendants, on this 14th day of October, 2005.

           _____
           ARNOLD Y. STEINBERG, ESQUIRE