Victor S. Martini
Presque Isle Capital Management Investment Account
Securities Acquired After 12/6/1998

Schedule II

| No. Shares | Security | Date Acquired | Cost | Date Sold | Sales Proceeds | Gain(Loss) |
|---|---|---|---|---|---|---|
| **Acquired After 12/6/1998** | | | | | | |
| 50 | America Online | 5/6/1999 | 6,235.00 | 1/29/2001 | 5,414.00 | (821.00) |
| 100 | America Online | 9/22/1999 | 8,822.00 | 6/6/2002 | 3,230.00 | (5,592.00) |
| 100 | Amgen | 2/10/2000 | 6,628.00 | 4/1/2003 | 5,819.00 | (809.00) |
| 100 | Amgen | 3/21/2000 | 5,737.00 | 4/1/2003 | 5,818.00 | 81.00 |
| 100 | Black & Decker | 5/18/1999 | 5,690.00 | 9/29/2000 | 3,413.00 | (2,277.00) |
| 50 | Black & Decker | 5/18/1999 | 2,845.00 | 8/18/2000 | 2,034.00 | (811.00) |
| 100 | Black & Decker | 7/8/1999 | 6,117.00 | 9/29/2000 | 3,413.00 | (2,704.00) |
| 100 | Boeing Co | 1/12/1999 | 3,476.00 | 7/7/1999 | 4,254.00 | 778.00 |
| 100 | Boeing Co | 2/8/1999 | 3,686.00 | 7/7/1999 | 4,254.00 | 568.00 |
| 200 | Citicorp | 9/24/1999 | 8,780.00 | 6/6/2002 | 10,838.00 | 2,058.00 |
| 1 | Citigroup | 9/24/1999 | 22.00 | 8/31/2000 | 37.00 | 15.00 |
| 200 | Compaq Computer Corp | 12/22/1998 | 8,924.00 | 12/13/2000 | 3,655.00 | (5,269.00) |
| 200 | Compaq Computer Corp | 10/28/1999 | 3,796.00 | 12/13/2000 | 3,655.00 | (141.00) |
| 200 | Deere & Co | 2/8/1999 | 7,058.00 | 9/24/1999 | 7,707.00 | 649.00 |
| 100 | El DuPont | 1/12/1999 | 5,817.00 | 2/28/2000 | 5,141.00 | (676.00) |
| 200 | Ft. James Corp | 4/30/1999 | 7,738.00 | 9/22/1999 | 5,282.00 | (2,456.00) |
| 100 | Harris Corp | 4/28/1999 | 3,467.00 | 10/28/1999 | 2,269.00 | (1,198.00) |
| 100 | Harris Corp | 5/18/1999 | 3,901.00 | 10/28/1999 | 2,269.00 | (1,632.00) |
| 200 | Lucent Technologies | 1/31/2000 | 11,111.00 | 9/29/2000 | 6,032.00 | (5,079.00) |
| 300 | MCI Worldcom | 1/18/2000 | 13,887.00 | 12/13/2000 | 5,410.00 | (8,477.00) |
| 100 | Medtronic Inc | 2/26/1999 | 7,109.25 | 6/6/2002 | 8,530.00 | 1,420.75 |
| 120 | Microsoft | 5/20/1999 | 9,610.00 | 6/6/2002 | 6,620.00 | (2,990.00) |
| 300 | Motorola Inc | 6/7/2000 | 11,065.00 | 12/13/2000 | 5,973.00 | (5,092.00) |
| 100 | Solectron Corp | 6/29/2000 | 4,024.00 | 6/6/2002 | 602.00 | (3,422.00) |
| 150 | Solectron Corp | 7/17/2000 | 7,258.00 | 6/6/2002 | 904.00 | (6,354.00) |
| | | | 187,652.25 | | 137,573.00 | (50,079.25) |
| 25000 | Federal National Mort | 12/13/2000 | 24,849.00 | 4/19/2001 | 25,000.00 | 151.00 |

Victor S. Martini  
Presque Isle Capital Management Investment Account  
Securities Held on 12/6/1998

Schedule I

| No. Shares | Security | Account Value | | Date Sold | Sales Proceeds | Gain(Loss) |
|---|---|---|---|---|---|---|
| 200 | Milacron | 12/31/1998 | 3,850.00 | 2/26/1999 | 3,512.00 | (338.00) |
| 100 | National City Corp | 12/31/1998 | 7,250.00 | 6/6/2002 | 9,517.00 | 2,267.00 |
| 100 | National City Corp | 12/31/1998 | 7,250.00 | 3/4/2002 | 2,917.00 | (4,333.00) |
| 150 | P S I Net Inc | 12/31/1998 | 3,131.00 | 9/29/2000 | 2,718.00 | (413.00) |
| 400 | Pepsico Inc | 12/31/1998 | 16,375.00 | 6/17/2002 | 20,365.00 | 3,990.00 |
| 300 | Staten Island Bancorp Inc | 12/31/1998 | 5,981.00 | 5/6/1999 | 5,389.00 | (592.00) |
| 100 | Texas Pacific Land Trust | 12/31/1998 | 5,387.00 | 2/28/2000 | 3,610.00 | (1,777.00) |
| 100 | Texas Pacific Land Trust | 12/31/1998 | 5,388.00 | 2/28/2000 | 3,610.00 | (1,778.00) |
| 200 | Texas Pacific Land Trust | 12/31/1998 | 10,775.00 | 2/28/2000 | 7,221.00 | (3,554.00) |
| 40 | Tricon Global Restaurant | 12/31/1998 | 2,005.00 | 1/31/2000 | 1,119.00 | (886.00) |
| 300 | WVS Financial Corp | 12/31/1998 | 4,575.00 | 2/10/2000 | 3,404.00 | (1,171.00) |
| 400 | WVS Financial Corp | 12/31/1998 | 6,100.00 | 2/10/2000 | 4,538.00 | (1,562.00) |
| 300 | Xerox Corp | 12/31/1998 | 17,700.00 | 12/29/1999 | 6,245.00 | (11,455.00) |
| 25000 | Allegheny Co PA Hosp Dev | 12/31/1998 | 25,493.00 | 2/28/2000 | 24,748.00 | (745.00) |
| 20000 | Washington Cnty IDA | 12/31/1998 | 20,400.00 | 3/3/2003 | 20,000.00 | (400.00) |
| | | | 323,271.00 | | 307,851.00 | (15,420.00) |

Still Owned

| | | | | | | |
|---|---|---|---|---|---|---|
| 200 | Johnson & Johnson | 12/31/1998 | 16,775.00 | | | |

| | Total Value | | 362,638.00 | | | |

2

Victor S. Martini                                                                                                    Schedule I
Presque Isle Capital Management Investment Account
Securities Held on 12/6/1998

| No. Shares | Security | Account Value | | Date Sold | Sales Proceeds | Gain(Loss) |
|---|---|---|---|---|---|---|
| **Held on 12/6/1998** | | | | | | |
| | Cash | 12/31/1998 | 22,592.00 | | | |
| 400 | Abbott Laboratories | 12/31/1998 | 19,600.00 | 11/6/2002 | 17,870.00 | (1,730.00) |
| 3 | Abercrobie & Fitch Co | 12/31/1998 | 212.00 | 5/18/1999 | 246.00 | 34.00 |
| 76 | Agilent Technologies (HP spin) | 12/31/1998 | | 2/15/2002 | 2,040.00 | 2,040.00 |
| 613 | Community Savings | 12/31/1998 | 6,590.00 | 1/31/2000 | 6,872.00 | 282.00 |
| 50 | Comverse Tech | 12/31/1998 | 3,550.00 | 2/26/1999 | 3,527.00 | (23.00) |
| 100 | Comverse Tech | 12/31/1998 | 4,733.00 | 5/18/1999 | 6,886.00 | 2,153.00 |
| 142 | Comverse Tech | 12/31/1998 | 6,721.00 | 5/20/1999 | 9,557.00 | 2,836.00 |
| 50 | Comverse Tech | 12/31/1998 | 2,367.00 | 1/18/2000 | 7,104.00 | 4,737.00 |
| 50 | Comverse Tech | 12/31/1998 | 2,367.00 | 2/28/2000 | 9,430.00 | 7,063.00 |
| 17 | Comverse Tech | 12/31/1998 | 805.00 | 3/16/2000 | 3,316.00 | 2,511.00 |
| 33 | Comverse Tech | 12/31/1998 | 1,562.00 | 3/16/2000 | 6,436.00 | 4,874.00 |
| 100 | Comverse Tech | 12/31/1998 | 2,366.00 | 3/4/2002 | 1,614.00 | (752.00) |
| 400 | Comverse Tech | 12/31/1998 | 9,467.00 | 6/6/2002 | 4,062.00 | (5,405.00) |
| 200 | General Electric | 12/31/1998 | 20,413.00 | 12/2/2004 | 21,469.00 | 1,056.00 |
| 200 | Hewlett Packard | 12/31/1998 | 13,663.00 | 6/17/2002 | 6,948.00 | (6,715.00) |
| 50 | Intel Corp | 12/31/1998 | 5,928.00 | 12/2/2004 | 12,672.00 | 6,744.00 |
| 50 | Intel Corp | 12/31/1998 | 5,928.00 | 8/18/2000 | 3,566.00 | (2,362.00) |
| 50 | Intel Corp | 12/31/1998 | 5,928.00 | 3/16/2000 | 6,183.00 | 255.00 |
| 50 | Intel Corp | 12/31/1998 | 5,929.00 | 7/17/2000 | 7,219.00 | 1,290.00 |
| 150 | Eli Lilly | 12/31/1998 | 13,332.00 | 2/28/2000 | 8,601.00 | (4,731.00) |
| 100 | Eli Lilly | 12/31/1998 | 8,888.00 | 1/18/2000 | 6,741.00 | (2,147.00) |
| 50 | Eli Lilly | 12/31/1998 | 4,443.00 | 5/18/1999 | 3,801.00 | (642.00) |
| 250 | Limited Inc. | 12/31/1998 | 7,281.00 | 4/30/1999 | 10,930.00 | 3,649.00 |
| 300 | Merck & Co. | 12/31/1998 | 22,153.00 | 6/17/2002 | 15,635.00 | (6,518.00) |
| 100 | Merck & Co. | 12/31/1998 | 7,385.00 | 3/4/2002 | 6,213.00 | (1,172.00) |

1

Vistor S. Martini
Presque Isle Capital Management Investment Account
Schedule of Losses on Securities Transactions - Sales After 12/31/1999

TO:  Arnold Y. Steinberg, Esq.

If we go back to 12/31/99 (rather than 12/31/98), the doctor would show a greater loss.

| | | | |
|---|---|---|---|
| Account value | 12/31/1999 | $ | 425,340 |
| Withdrawals | 2000 | | (52,000) |
| | 2001 | | (26,000) |
| | | | 347,340 |
| Account value | 5/31/2002 | | 201,209 |
| Loss | | $ | (146,131) |

Vistor S. Martini
Presque Isle Capital Management Investment Account
Schedule of Losses on Securities Transactions - Sales After 12/31/1998

Securities Held on 12/6/1998
    Schedule I    loss    $    (15,420)

Securities Acquired After 12/6/1998
    Schedule II    loss    (50,079)

    Total Loss    $    (65,499)