IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR S. MARTINI,<br>      Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-354 Erie |
| PRESQUE ISLE CAPITAL<br>MANAGEMENT, INC., et al,<br>      Defendants. | )<br>)<br>)<br>) |

**ORDER**

AND NOW, this 17th Day of April, 2006, it is hereby

ORDERED that the above captioned case is scheduled for a Status Conference before the Honorable Susan Paradise Baxter, on Tuesday, April 25, 2006, at 2:00 p.m. Counsel for the Plaintiff is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

                                                s/Susan Paradise Baxter
                                                SUSAN PARADISE BAXTER
                                                CHIEF UNITED STATES MAGISTRATE JUDGE

c: all parties of record (lw)