IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR S. MARTINI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-354E |
| vs. | ) | |
| | ) | Hon. Maurice B. Cohill, Jr. |
| PRESQUE ISLE CAPITAL MANAGEMENT, | ) | Magistrate Judge Susan |
| INC. and JAMES H. THOMAS, | ) | Paradise Baxter |
| | ) | |
| Defendants. | ) | |

## CONSENT MOTION FOR JUDGMENT IN FAVOR OF JAMES H. THOMAS AND PROPOSED JUDGMENT

NOW COMES the Parties, though undersigned counsel, respectfully requesting by this consent motion that:

1. The Court enters judgment in favor of James H. Thomas by denying all relief requested in the Complaint. The Parties further request that judgment be set forth on a separate document pursuant to Fed. R. Civ. P. 58(a).

2. James H. Thomas waives any right to seek costs and/or attorneys' fees pursuant to Fed. R. Civ. P. 54(d).

3. Plaintiff waives any right to appeal the judgment requested herein.

Dated: ~~May ___, 2006~~ June 12, 2006

_____  
Robert L. Herskovits, Esq.

BACHNER & HERSKOVITS, P.C.  
Attorney for Defendants*  
26 Broadway, Suite 2310  
New York, NY 10004  
(212) 344-7778  
(212) 344-7774 – fax  
rh@bhlawfirm.com – email

*Subject to *pro hac vice*
 admission

_____  
Arnold Y. Steinberg, Esq.  
PA Bar No. 26495  
ARNOLD Y. STEINBERG, P.C.  
Attorney for Plaintiff  
1420 Centre Avenue, # 1504  
Pittsburgh, PA 15219  
(412) 434-1190  
(412) 434-1195 – fax  
a5300@aol.com – email

## CERTIFICATE OF SERVICE

I hereby certify that on ~~May ___~~ June 12, 2006, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the Western District of Pennsylvania, by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant:

> Robert L. Herskovits, Esq.  
> Bachner & Herskovits, P.C.  
> 26 Broadway, Suite 2310  
> New York, NY 10004

By: _____  
Arnold Y. Steinberg