IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR S. MARTINI, | ) |
|         Plaintiff, | ) |
| vs. | ) No. 04-354E |
| PRESQUE ISLE CAPITAL MANAGEMENT, INC. and JAMES H. THOMAS, | ) Hon. Maurice B. Cohill, Jr. Magistrate Judge Susan Paradise Baxter |
|         Defendants. | ) |

### FINAL JUDGMENT IN FAVOR OF JAMES H. THOMAS

AND NOW, to wit, this ____ day of _____, 2006, it is hereby ORDERED, ADJUDGED, and DECREED that judgment be entered in favor of James H. Thomas and all requests for relief in the Complaint are DENIED as they pertain to James H. Thomas.

The Clerk of the Court shall enter this Judgment forthwith.

 

_____
Maurice B. Cohill, Jr.
Senior United States District Judge