IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR S. MARTINI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-354E |
| vs. | ) | |
| | ) | Hon. Maurice B. Cohill, Jr. |
| PRESQUE ISLE CAPITAL MANAGEMENT, | ) | Magistrate Judge Susan |
| INC. and JAMES H. THOMAS, | ) | Paradise Baxter |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER

NOW COMES the Parties, though undersigned counsel, who stipulate and agree that:

1. This action should be dismissed with prejudice as against Presque Isle Capital Management, Inc. and James H. Thomas pursuant to Fed. R. Civ. P. 41.

2. All parties will bear their own costs and fees.

Dated: ~~May~~ June 12, 2006

_____  
Robert L. Herskovits, Esq.  
BACHNER & HERSKOVITS, P.C.  
Attorney for Defendants*  
26 Broadway, Suite 2310  
New York, NY 10004  
(212) 344-7778  
(212) 344-7774 – fax  
rh@bhlawfirm.com – email

_____  
Arnold Y. Steinberg, Esq.  
ARNOLD Y. STEINBERG, P.C.  
Attorney for Plaintiff  
1420 Centre Avenue, # 1504  
Pittsburgh, PA 15219  
(412) 434-1190  
(412) 434-1195 – fax  
a5300@aol.com – email

*Subject to *pro hac vice* admission

SO ORDERED:

_____
Maurice B. Cohill, Jr.
Senior United States District Judge

Dated: May ____, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on ~~May ___, 2006~~ Jun 12, 2006, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the Western District of Pennsylvania, by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant:

Robert L. Herskovits, Esq.
Bachner & Herskovits, P.C.
26 Broadway, Suite 2310
New York, NY 10004

By: _____
Arnold Y. Steinberg

- 2 -