IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR S. MARTINI,<br><br>    Plaintiff,<br><br>    v.<br><br>PRESQUE ISLE CAPITAL MANAGEMENT, INC., and JAMES H. THOMAS,<br><br>    Defendants. | Civil Action No. 04-354 Erie |

### Order

AND NOW, to-wit, this 15th day of June, 2006, pursuant to the parties' consent motion, it is hereby ORDERED, ADJUDGED, and DECREED that Judgment is entered in favor of Defendant James H. Thomas, and against Plaintiff. All requests for relief set forth in the Complaint are denied as they pertain to Defendant James H. Thomas.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   counsel of record